| | |
|---|---|
| **RIMAC MARTIN, P.C.**<br>ANNA M. MARTIN - CSBN 154279<br>KEVIN G. GILL - CSBN 226819<br>amartin@rimacmartin.com<br>kgill@rimacmartin.com<br>1051 Divisadero Street<br>San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile (415) 561-8430<br><br>Attorneys for Defendant<br>UNUM GROUP, INC. | *E-FILED - 8/12/09* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

## E-FILING

| | |
|---|---|
| YUN-WEN LU,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNUM GROUP,<br><br>            Defendants. | CASE NO.  5:09-CV-03080 RMW  PVT<br><br>**STIPULATION TO CONTINUE NOVEMBER 6, 2009 CASE MANAGEMENT CONFERENCE**<br><br>**[] ORDER**<br><br>The Honorable Ronald M. Whyte |

IT IS HEREBY STIPULATED by and between plaintiff *in pro per* YUN-WEN LU and defendant UNUM GROUP, INC. through its attorney of record herein, that the Initial Case Management Conference set for November 6, 2009, be continued to a date in December 2009, at the Court's convenience.

Good cause exists therefor, in that the hearing on defendant's motion to dismiss, currently noticed for November 2, 2009, will be re-noticed to November 30, 2009 at plaintiff's behest, as plaintiff will be out of the country through October 2009 and the time required for plaintiff to prepare an opposition to defendant's motion is insufficient as the hearing is currently set. Plaintiff has requested, and defendant has agreed, to re-notice the hearing for November 30, 2009.

///

1   In light of the foregoing, it would be in the interest of judicial economy and provide for a more meaningful Case Management Conference to have the conference continued to a date after this Court has ruled on defendant's motion to dismiss, which will be heard on November 30, 2009.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff in *propria persona* has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: August 6, 2009     By:     /s/ YUN-WEN LU
                                   YUN-WEN LU
                                   Plaintiff in *Pro Per*

                                   RIMAC MARTIN, PC

DATED: August 6, 2009     By:     /s/ ANNA M. MARTIN
                                   ANNA M. MARTIN
                                   Attorneys for Defendant
                                   UNUM GROUP, INC.

## ORDER

The parties having so stipulated and for good cause shown,

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 4, 2009.

**SO ORDERED.**

DATED:  8/12/09                    /s/ Ronald M. Whyte
                                   UNITED STATES DISTRICT JUDGE

-2-
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON                CASE NO. 09-CV-03080 RMW