| | |
|---|---|
| **RIMAC MARTIN, P.C.**<br>ANNA M. MARTIN - CSBN 154279<br>KEVIN G. GILL - CSBN 226819<br>amartin@rimacmartin.com<br>kgill@rimacmartin.com<br>1051 Divisadero Street<br>San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile (415) 561-8430<br><br>Attorneys for Defendant<br>UNUM GROUP, INC. | *E-FILED - 11/17/09* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-FILING

| | |
|---|---|
| YUN-WEN LU,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNUM GROUP,<br><br>           Defendants. | CASE NO.  5:09-CV-03080 RMW  PVT<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE THE  DECEMBER 4,  2009 CASE MANAGEMENT CONFERENCE**<br><br>**[] ORDER**<br><br>The Honorable Ronald M. Whyte |

   IT IS  HEREBY STIPULATED by and between plaintiff *in pro per* YUN-WEN LU and defendant UNUM GROUP, INC. through its attorney of record herein, that Defendant UNUM GROUP's Motion to Dismiss and the Initial Case Management Conference, currently set for December 4, 2009, be continued to a date in April 2010, at the Court's convenience.

   Good cause exists therefor, in that plaintiff *in pro per* has requested time to find an attorney to represent her in this matter.  In addition, plaintiff has informed defendant's counsel that due to health concerns, plaintiff will not be able to stay in the country for the winter months.  It is therefore stipulated, at plaintiff's behest, that the hearing on the Motion to Dismiss and the Case Management Conference be continued to a date in April, 2010.

/ / /

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON                                         CASE NO.   09-CV -03080 RMW

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff in *propria persona* has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED:  November 2, 2009       By:     /s/ YUN-WEN LU
                                       YUN-WEN LU
                                       Plaintiff in *Pro Per*

                                       RIMAC MARTIN, PC

DATED:  November 2, 2009       By:     /s/ ANNA M. MARTIN
                                       ANNA M. MARTIN
                                       Attorneys for Defendant
                                       UNUM GROUP, INC.

**ORDER**

The parties having so stipulated and for good cause shown,

IT IS HEREBY ORDERED that the hearing on UNUM's Motion to Dismiss shall be continued to Friday, April __2__, 2010, and the Initial Case Management Conference shall be held concurrently on that date.

**SO ORDERED.**

DATED:  11/17/09                       *Ronald M. Whyte*
                                       UNITED STATES DISTRICT JUDGE

-2-
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON                    CASE NO.  09-CV -03080 RMW