P. Randall Noah, (SBN: 136452)
**Law Office of P. Randall Noah**
21 Orinda Way, Suite C, #316
Orinda, CA 94563
TEL: (925) 253-5540
FAX: (925) 253-5542
Attorney for Plaintiff, Yun-Wen Lu

*E-FILED - 12/23/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN-WEN LU,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM GROUP.<br><br>    Defendants. | No. 5:09-cv-03080 RMW<br><br>SUBSTITUTION OF COUNSEL<br>AND XXXXXXX ORDER |

Plaintiff hereby substitutes the below-listed attorney, P. Randall Noah, in the place and stead of the Yun-Wen Lu.

New Attorney Information:     P. Randall Noah, SBN 136452
                                          Law Office of P. Randall Noah
                                          21 Orinda Way, Suite C, #316
                                          Orinda, CA 94563
                                          Telephone: (925) 253-5540
                                          Facsimile: (925) 253-5542

The following attorneys are no longer counsel of record in this action:

       Yun-Wen Lu is no longer in pro per.

1  I consent to this substitution:

2  Dated: November 18, 2009                    Plaintiff, Yun-Wen Lu

3                                              By_____

4                                              Name: Yun-Wen Lu, Plaintiff Pro Per

5

6  _____

7  I accept this substitution:

8  Dated: November 18, 2009                    Law Office of P. Randall Noah

9

10                                             By:____/s/____P. Randall Noah
                                                      P. Randall Noah
11

12

13

14

15

16  IT IS SO ORDERED

17  Dated:  12/23/09                           *Ronald M. Whyte* (signature)

18

19                                             _____
                                               U.S. DISTRICT JUDGE
20

21

22

23

24

25

26

27

28