P. Randall Noah,  (SBN: 136452)
**Law Office of P. Randall Noah**
21 Orinda Way, Suite C, #316
Orinda, CA 94563
TEL:  (925) 253-5540
FAX: (925) 253-5542
Attorney for Plaintiff, Yun-Wen  Lu

**Rimac Martin, P.C.**
Anna M. Martin, (SBN 154279)
1051 Divasadero St.
San Francisco, CA 94115
TEL: (415) 561-8440
FAX: (415) 561-8430
Attorneys for Defendant, Unum Group

*E-FILED - 3/31/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN-WEN LU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNUM GROUP.<br><br>　　　　Defendants. | No. 5:09-cv-03080 RMW<br><br>STIPULATION TO PERMIT FILING OF AMENDED COMPLAINT BY PLAINTIFF, YUN-WEN LU AND ORDER |

　　　Defendant, Unum Group and plaintiff, Yun-Wen Lu through their respective counsel of record hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 15(a), to allow plaintiff to file an Amended Complaint to allege only ERISA relief pursuant to 29 USC §1132(a)(1)(B).

　　　Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A.

- 1 –

Federal Rules of Civil Procedure, Rule 15(a) allows a party to amend a pleading "by written consent of the adverse party."  Defendant, through their counsel of record, has consented to the filing of the amended complaint attached hereto as Exhibit A.

RIMAC MARTIN, P.C.

Dated:  March 25, 2010

By: /s/ Anna M. Martin

Attorneys for Defendant, Unum Group

Dated:  March 25, 2010          LAW OFFICE OF P. RANDALL NOAH

By: /s/ P. Randall Noah

Attorney for Plaintiff, Yun-Wen Lu

IT IS SO ORDERED

Dated:  3/31/10

_____
United States District Judge

*Counsel is directed to re-file the amended complaint.

- 2 –