| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| 2 | ANNA M. MARTIN - CSBN 154279<br>KEVIN G. GILL - CSBN 226819 |
| 3 | amartin@rimacmartin.com<br>kgill@rimacmartin.com |
| 4 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 5 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 6 | |
| 7 | Attorneys for Defendant<br>UNUM GROUP |
| 8 | **LAW OFFICES OF P. RANDALL NOAH** |
| 9 | P. RANDALL NOAH (CSBN 136452)<br>21 Orinda Way, Suite C #316 |
| 10 | Orinda, California 94563<br>Telephone: (925) 253-5540<br>Facsimile: (925) 253-5542 |
| 11 | |
| 12 | Attorney for Plaintiff<br>Yun-Wen Lu |

*E-FILED - 3/31/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-FILING

| | |
|---|---|
| YUN-WEN LU,<br><br>   Plaintiff,<br><br>vs.<br><br>UNUM GROUP,<br><br>   Defendants. | ) CASE NO. 5:09-CV-03080 RMW PVT<br>)<br>) **STIPULATION TO CONTINUE APRIL**<br>) **2, 2010 CASE MANAGEMENT**<br>) **CONFERENCE**<br>)<br>) xxxxxxxxxxxx **ORDER**<br>)<br>) The Honorable Ronald M. Whyte |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for April 2, 2010, be continued for 90 days, until June 25, 2010 or to a date thereafter at the convenience of the Court.

The parties have agreed to pursue mediation as a means potentially to resolve the action as to all claims and as to all parties. The undersigned parties have also agreed to complete

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON                    CASE NO. 09-CV-03080 RMW

the mediation within the time frame set forth in ADR Local Rule 6-4. The parties have filed the appropriate documents with the ADR Unit to secure selection of a mediator with subject-matter expertise.

Accordingly, the parties respectfully request that the Court order the case referred to Mediation under ADR Local Rule 6 and continue the presently scheduled Case Management Conference for approximately 90 days.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

RIMAC & MARTIN, P.C.

DATED: March 26, 2010    By:    /S/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

LAW OFFICES OF P. RANDALL NOAH

DATED: March 26, 2010    By:    /S/ RANDALL NOAH
RANDALL NOAH
Attorneys for Plaintiff
YUN-WEN LU

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from April 2, 2010 to _July 2, 2010 at 10:30 a.m._. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: 3/31/10            *Ronald M. Whyte*

UNITED STATES DISTRICT COURT JUDGE