1

2

3

4                                                    **E-FILED on** 4/6/10

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   YUN-WEN LU,                              No. C-09-3080 RMW

13              Plaintiff,
                                             ORDER REFERRING PARTIES TO
14         v.                                MEDIATION PURSUANT TO
                                             STIPULATION
15   UNUM GROUP,
                                             **[Re Docket No. 22]**
16              Defendant.

17

18

19        Pursuant to the parties' March 26, 2010 stipulation, this matter is hereby referred to

20   Mediation under ADR Local Rule 6.

21

22

23   DATED:        4/6/10                    _____
                                             RONALD M. WHYTE
24                                           United States District Judge

25

26

27

28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Paul Randall Noah**
Email: pnoah@ix.netcom.com

**Counsel for Defendants:**

**Anna M. Martin**
Email: annamartin@rimacmartin.com

**Joseph M. Rimac**
Email: jrimac@rimacmartin.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____4/6/10_____          _____TER_____
                                          **Chambers of Judge Whyte**

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER REFERRING PARTIES TO MEDIATION PURSUANT TO STIPULATION—No. C-09-3080 RMW
TER                                          2