**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
amartin@rimacmartin.com
kgill@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM GROUP

**LAW OFFICES OF P. RANDALL NOAH**
P. RANDALL NOAH (CSBN 136452)
21 Orinda Way, Suite C #316
Orinda, California 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorney for Plaintiff
Yun-Wen Lu

*E-FILED - 5/13/10*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### E-FILING

| | |
|---|---|
| YUN-WEN LU, | ) |
| Plaintiff, | ) CASE NO. 5:09-CV-03080 RMW  PVT |
| vs. | ) **STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION** |
| UNUM GROUP, | ) |
| Defendants. | ) The Honorable Ronald M. Whyte |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the deadline for completion of mediation in this matter, currently set for July 6, 2010, be continued for 7 days, until July 13, 2010, or to a date thereafter at the convenience of the Court.

**GOOD CAUSE EXISTS** for this request as the parties have scheduled mediation to take place on July 7, 2010. This case was originally scheduled for mediation on June 16, 2010, but

-1-

STIPULATION AND ORDER RE EXTENSION
OF TIME TO COMPLETE MEDIATION                                    CASE NO.  09-CV -03080 RMW

-2-

had to be continued because Ms. Martin will be attending her daughter's Eighth Grade Graduation scheduled that day. Additionally, Mr. Noah will be on vacation from June 23, 2010 through July 4, 2010. The first date for mediation that is convenient and available for all involved is July 7, 2010. The parties have diligently pursued informal resolution and mediation in this case. As such, the parties request a short continuance of the deadline to complete mediation.

**SO STIPULATED.**

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: May 11, 2010     By:     /s/ ANNA M. MARTIN

ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

LAW OFFICES OF P. RANDALL NOAH

DATED: May 11, 2010     By:     /s/ RANDALL NOAH
RANDALL NOAH
Attorneys for Plaintiff
YUN-WEN LU

**ORDER**

**IT IS HEREBY ORDERED** that the mediation deadline scheduled for July 6, 2010 be continued to July 13, 2010.

-3-

**SO ORDERED.**

DATED: __5/13__, 2010

UNITED STATES DISTRICT COURT JUDGE

By: ___*Ronald M. Whyte*___
The Honorable Ronald M. Whyte