**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
amartin@rimacmartin.com
kgill@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM GROUP

*E-FILED - 5/25/10*

**LAW OFFICES OF P. RANDALL NOAH**
P. RANDALL NOAH (CSBN 136452)
21 Orinda Way, Suite C #316
Orinda, California 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorney for Plaintiff
Yun-Wen Lu

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| YUN-WEN LU, | ) CASE NO. 5:09-CV-03080 RMW  PVT |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING CASE MANAGEMENT** |
| UNUM GROUP, | ) **CONFERENCE** |
| Defendants. | ) |
| | ) The Honorable Ronald M. Whyte |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently set for July 2, 2010, be continued to a date after July 7, 2010 at the convenience of the Court.

**GOOD CAUSE EXISTS** for this request as the parties have scheduled mediation to take

-1-
STIPULATION AND ORDER RE EXTENSION
OF TIME TO COMPLETE MEDIATION                         CASE NO.   09-CV -03080 RMW

1  place on July 7, 2010 and the Court has continued the deadline by which the parties must
2  complete mediation to July 14, 2010.  The parties request that the Case Management Conference
3  take place after mediation is completed to conserve time, money and resources of the Court and
4  the parties.  If the case settles on July 7, 2010, then it will be unnecessary for the parties to attend
5  the Case Management Conference.   To that end, the parties request that the Case Management
6  Conference currently scheduled to take place before the mediation be moved to a date after the
7  mediation has taken place.

**SO STIPULATED.**

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED:  May 20, 2010        By:      /s/ **ANNA M. MARTIN**

ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA


LAW OFFICES OF P. RANDALL NOAH


DATED:  May 20, 2010        By:      /s/ **RANDALL NOAH**
RANDALL NOAH
Attorneys for Plaintiff
YUN-WEN LU

-2-
**STIPULATION AND ORDER RE EXTENSION
OF TIME TO COMPLETE MEDIATION**                                   **CASE NO.  09-CV -03080 RMW**

1
2
3
4                                            **ORDER**
5          **IT IS HEREBY ORDERED** that the Case Management Conference, scheduled for
6   July 2, 2010 be continued to _____July 23_____, 2010.
7
8
9
10         **SO ORDERED.**
11
12         DATED: __5/25_____, 2010
13                                            UNITED STATES DISTRICT COURT JUDGE
14
15                                            By: ___*Ronald M. Whyte*_____
16                                                 The Honorable Ronald M. Whyte
17
18
19
20
21
22
23
24
25
26
27
28

-3-
**STIPULATION AND ORDER RE EXTENSION
OF TIME TO COMPLETE MEDIATION**                              **CASE NO.   09-CV -03080 RMW**