1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - CSBN 154279
2  KEVIN G. GILL - CSBN 226819
   *amartin@rimacmartin.com*
3  *kgill@rimacmartin.com*
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendant
   UNUM GROUP
7

8  **LAW OFFICES OF P. RANDALL NOAH**
   P. RANDALL NOAH (CSBN 136452)            *E-FILED - 7/21/10*
9  21 Orinda Way, Suite C #316
   Orinda, California 94563
10 Telephone: (925) 253-5540
   Facsimile: (925) 253-5542

11 Attorney for Plaintiff
   Yun-Wen Lu
12

13                  UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15
                                                      **E-FILING**
16
17  YUN-WEN LU,                       )
                                      )   CASE NO. 5:09-CV-03080 RMW  PVT
18          Plaintiff,                )
                                      )   **STIPULATION AND ORDER**
19      vs.                           )   **CONTINUING CASE MANAGEMENT**
                                      )   **CONFERENCE**
20  UNUM GROUP,                       )
                                      )
21          Defendants.               )
    _____ )   The Honorable Ronald M. Whyte
22

23      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

24  respective attorneys of record herein, that the Case Management Conference in this matter,

25  currently set for July 23, 2010, be continued to a date after August 6, 2010 at the convenience of

26  the Court.

27      **GOOD CAUSE EXISTS** for this continuance as the parties attended mediation with

28  Cathy Yanni, Esq. on July 15, 2010. Settlement negotiations are continuing and the parties need

---

-1-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                           CASE NO.  09-CV-03080 RMW

1 | additional time to explore settlement.

2 | **SO STIPULATED.**

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: July 16, 2010      By:   /s/ ANNA M. MARTIN

ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

LAW OFFICES OF P. RANDALL NOAH

DATED: July 16, 2010      By:   /s/ RANDALL NOAH
RANDALL NOAH
Attorneys for Plaintiff
YUN-WEN LU

**ORDER**

**IT IS HEREBY ORDERED** that the Case Management Conference, set for July 23, 2010 to be continued to   August 13, 2010 at 10:30 a.m.

**SO ORDERED.**

DATED: 7/21, 2010

UNITED STATES DISTRICT COURT JUDGE

By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte

-2-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                     CASE NO.  09-CV-03080 RMW