P. Randall Noah,  (SBN: 136452)
**Law Office of P. Randall Noah**
21 Orinda Way, Suite C, #316
Orinda, CA 94563
TEL:  (925) 253-5540
FAX: (925) 253-5542         *E-FILED - 8/12/10*
Attorney for Plaintiff, Yun-Wen  Lu

**Rimac Martin, P.C.**
Anna M. Martin, (SBN 154279)
1051 Divasadero St.
San Francisco, CA 94115
TEL: (415) 561-8440
FAX: (415) 561-8430
Attorneys for Defendant, Unum Group

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YUN-WEN LU, | ) | No. 5:09-cv-03080 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | DATE AND TIME OF CMC BY |
| v. | ) | PLAINTIFF, YUN-WEN LU |
| | ) | AND ORDER |
| UNUM GROUP. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

       Plaintiff, Yun-Wen Lu, and Defendant, Unum Group, through their respective counsel of record hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 15(a), to allow plaintiff to continue the date and time of the Case Management Conference, currently scheduled for August 13, 10:30 a.m.

- 1 –

1    Plaintiff, Ms. Lu, requests this continuance due to her health and effects of medications.  Ms.
2 Lu believes it is critical that she personally appear at the CMC.  A continued CMC date to an afternoon
3 Hearing could allow to her to attend.  Ms. Lu has requested the following, in her own words, be
4 considered by this Court in determining whether to grant this request for a continuance:

Although I am preparing a counter-offer to Unum now, I
do wish to have more time, about 2-3 months, allowing my
Gastroenterologist, Dr. Vicky Yang, to check on my existing
liver tumor issues and a hospital to do a MRI on my abdomen
again. The last check-up was done in 2/08 due to all the
extreme difficulties happened in my life for the following
2+ years. Because my overseas medical trip will be in Sept, I
guess the outcome of the MRI can't be obtained until 10/10.
If needed, we can have an afternoon hearing set in a near
term to report the progress of the case for the Judge. Or,
just hold for temp until the hospital exam completed. It's
up to the Judge's discretion.

I still owe the counter-offer due. I am very behind for all
the matters indeed; however, I do plan to complete it by the
end of the coming weekend. It's so frustrating of my being
impaired and slow. I apologize for being late about the due
anyway. Again thank you very much for all anyway.

    Plaintiff, Ms. Lu, respectfully requests that the CMC be rescheduled to a later date, in the
afternoon, convenient to the Court and all parties.

- 2 –

RIMAC MARTIN, P.C.

Dated: August 6, 2010

By: /s/ Anna M. Martin

Attorneys for Defendant, Unum Group

Dated: August 6, 2010    LAW OFFICE OF P. RANDALL NOAH

By: /s/ P. Randall Noah

Attorney for Plaintiff, Yun-Wen Lu

IT IS SO ORDERED

CMC DATE: October 15, 2010     TIME: 10:30 a.m.

Dated: 8/12/10

*Ronald M. Whyte*

United States District Judge

- 3 -