Yun-Wen Lu, Pro Per
345 Summerfield Dr.
Milpitas, CA 95035
Tel. 408 262-8611

*E-FILED - 10/13/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUN-WEN LU,<br><br>   Plaintiff,<br><br>v.<br><br>UNUM GROUP.<br><br>   Defendants. | No. 5:09-cv-03080 RMW<br><br>ORDER GRANTING<br>SUBSTITUTION OF COUNSEL |

Plaintiff hereby substitutes herself, In Pro Per, in the place and stead of attorney, P. Randall Noah.

Yun-Wen Lu, Pro Per, Information:    Yun-Wen Lu, Pro Per
                                      345 Summerfield Dr.
                                      Milpitas, CA 95035
                                      Tel. 408 262-8611

The following attorneys are no longer counsel of record in this action:

P. Randall Noah, SBN 136452
Law Office of P. Randall Noah
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. 925 253-5540
Fac. 925 253-5542

— 1 —

1  I accept this substitution:

2  Dated: August 6, 2010         Plaintiff, Yun-Wen Lu

3                                By /s/

4                                Name: Yun-Wen Lu, Plaintiff Pro Per

5

6  _____

7  I consent to this substitution:

8  Dated: August 6, 2010         Law Office of P. Randall Noah

9

10                               By:    /s/    P. Randall Noah
11                                      P. Randall Noah

12

13

14

15

16
   IT IS SO ORDERED
17
                                 /s/ Ronald M. Whyte
18 Dated: 10/13/10               _____
19                               Ronald M. Whyte
                                 U.S. District Judge
20

21

22

23

24

25

26

27

28

-2-