1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - CSBN 154279
2  KEVIN G. GILL - CSBN 226819
   *amartin@rimacmartin.com*
3  *kgill@rimacmartin.com*
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendant
   UNUM GROUP
7

   YUN-WEN LU - Pro Per
8  345 Summerfield Dr.
   Milpitas, California 95035
9  Telephone: (408) 262-8611

*E-FILED - 10/14/10*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-FILING

| | |
|---|---|
| YUN-WEN LU, | ) |
| Plaintiff, | ) CASE NO. 5:09-CV-03080 RMW  PVT |
| vs. | ) STIPULATION AND ORDER |
| | ) CONTINUING CASE MANAGEMENT |
| UNUM GROUP, | ) CONFERENCE |
| Defendants. | ) |
| | ) The Honorable Ronald M. Whyte |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Case Management Conference in this matter, currently set for October 15, 2010, be continued to a date after April 22, 2011 at the convenience of the Court. Defendant has agreed to this stipulation regarding the continuance of the Case Management Conference date only on the condition that it will not prejudice defendant's ability to file a summary judgment motion. To that end, defendant would like to advise plaintiff and the Court that defendant intends to file a motion for summary judgment before April 22, 2011.

-1-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                              CASE NO. 09-CV-03080 RMW

-2-

1     Plaintiff contends that **GOOD CAUSE EXISTS** for this continuance because her health will not allow her to attend the Case Management Conference on Friday, October 15, 2010 and that plaintiff's health is better in the Spring.

**SO STIPULATED.**

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: October 14, 2010      By:    /s/ **ANNA M. MARTIN**

ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

Pro Per

DATED: October 14, 2010      By:    /s/ YUN-WEN LU
YUN-WEN LU
Plaintiff

**ORDER**

**IT IS HEREBY ORDERED** that the Case Management Conference, set for October 15, 2010 to be continued to April 22, 2011 at 10:30 a.m.

**SO ORDERED.**

DATED: 10/14, 2010

UNITED STATES DISTRICT COURT JUDGE

By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte