1  RIMAC MARTIN, P.C.
   ANNA M. MARTIN - CSBN 154279
2  KEVIN G. GILL - CSBN 226819
   amartin@rimacmartin.com
3  kgill@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendant                    *E-FILED - 4/21/11*
   UNUM GROUP
7

8  YUN-WEN LU - *In Pro Per*
   345 Summerfield Dr.
9  Milpitas, California 95035
   Telephone: (408) 262-8611
10

11  Plaintiff *in pro per*

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  YUN-WEN LU,                ) CASE NO. 5:09-CV-03080 RMW  PVT
                               )
16         Plaintiff,          ) **STIPULATION AND ORDER
                               ) CONTINUING CASE MANAGEMENT
17     vs.                     ) CONFERENCE**
                               )
18  UNUM GROUP,                ) Current date: April 22, 2011
                               )
19         Defendants.         ) The Honorable Ronald M. Whyte
                               )
20  _____  )

21     **IT IS HEREBY STIPULATED** by and between the parties hereto that the Case
22  Management Conference in this matter, currently set for April 22, 2011, be continued to a date to
23  be determined at the convenience of the Court.
24     Plaintiff YUN-WEN LU, in pro per, has requested this continuance. Defendant UNUM
25  GROUP has agreed to this stipulation regarding the continuance of the Case Management
26  Conference date only on the condition that it will not prejudice defendant's ability to file a summary
27  judgment motion. To that end, defendant reaffirms its intent to file a motion for summary judgment
28  as soon as the Court rules on its motion to file the administrative record under seal.

-1-

1  Plaintiff contends that **GOOD CAUSE EXISTS** for this continuance because her health will
2  not allow her to attend the Case Management Conference on Friday, April 22, 2011, and that
3  plaintiff's health may be better in the Fall.
4  **SO STIPULATED.**

Respectfully submitted,

RIMAC & MARTIN, P.C.

8  DATED: April 18, 2011    By:    /s/ ANNA M. MARTIN
                                    ANNA M. MARTIN
                                    Attorneys for Defendant
                                    UNUM LIFE INSURANCE COMPANY OF
                                    AMERICA

Plaintiff, *In Pro Per*

14  DATED: April 18, 2011    By:    _____
                                    YUN-WEN LU
                                    Plaintiff, *In Pro Per*

|XXXXXXX **ORDER**

20  **IT IS HEREBY ORDERED** that the Case Management Conference, set for April 22, 2011 is
21  continued to  September 16, 2011 at 10:30 a.m. This is the final continuance.

**SO ORDERED.**

DATED:  4/21  , 2011    By:    *Ronald M. Whyte*
                                The Honorable Ronald M. Whyte
                                UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                    CASE NO. 09-CV-03080 RMW