**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E-FILED on  5/24/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YUN-WEN LU,

          Plaintiff,

      v.

UNUM GROUP,

          Defendant.

No. 5:09-CV-03080 RMW

ORDER GRANTING MOTION TO
ENLARGE TIME

**[Re Docket No. 58]**

     Plaintiff Yun-Wen Lu requests an extension of time until May 31, 2011 to file an opposition

to defendant Unum Life Insurance Company of America's motion to file the administrative record

under seal.  The motion to enlarge time is granted.

DATED:      5/16/2011

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO ENLARGE TIME—No. 5:09-CV-03080 RMW
MEC