**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
MATTHEW HICKEY - CSBN 239364
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM GROUP

***E-FILED - 8/9/11***

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

YUN-WEN LU,

Plaintiff,

vs.

UNUM GROUP,

Defendants.

**CASE NO. 5:09-CV-03080 RMW (PSG)**

**UNUM'S RE-NOTICE AND MOTION FOR SUMMARY JUDGMENT [FRCP 56], AND** XXXXXXXXXX **ORDER**

Orig. Hrg. Date: August 26, 2011
**New Hrg. Date: November 4, 2011**
Time: 9:00 a.m.
Ctrm: 6

Hon. Ronald M. Whyte

**TO PLAINTIFF YUN-WEN LU, IN PRO PER:**

**NOTICE IS HEREBY GIVEN** that on November 4, 2011 at 9:00 a.m. in Courtroom 6 - 4th Floor of the San Jose Courthouse, located at 280 South 1st Street, San Jose, California, 95113, Defendant UNUM GROUP ("Unum"), will and hereby does move this Court for an Order of Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, affirming Unum's determination that Plaintiff YUN WEN LU's ("Ms. Lu") claim for disability benefits the under an ERISA long term disability policy issued to Cisco Systems was limited to 24 months pursuant to the policy's limitation on benefits available for disability due to mental illness and/or self-reported symptoms.

Unum's Motion for Summary Judgment is made on the following grounds:

(1) The decision to apply the ERISA Plan's 24 month mental illness and self-reported symptoms limitation to Ms. Lu's claim is in accord with the plain terms of the Plan and the medical records and opinions obtained by Unum, and nothing in the Plan supports Ms. Lu's quest for additional benefits. Unum's claim decision is based on the plain terms of the Plan, and is correct.

(2) Review here is for abuse of discretion, and Unum's claim decision is reasonable.

This motion is based on this Re-Notice of Motion and Motion; the previously Memorandum of Points and Authorities, Declaration of Patricia Bell and Declaration of Counsel in support thereof; the Court's records in this matter; and on such other and further oral and documentary evidence as may be presented at the hearing of this motion.

Good cause exists to change the hearing date on Unum's motion for summary judgment because Magistrate Judge Grewal has scheduled a Settlement Conference for September 28, 2011, and Unum has consented to postpone the hearing on its motion for summary judgment until after the Settlement Conference has occurred and to provide Ms. Lu an extension of two weeks after the Settlement Conference to file her opposition to Unum's motion for summary judgment.

Should the Court agree, plaintiff Lu may delay filing her opposition to the Motion for Summary Judgment until two weeks after the settlement conference, i.e. **on or before October 12, 2011.** Given that Lu must serve her opposition by mail, Unum's reply would be due October 21, 2011.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: July 12, 2011

By: /s/ Anna M. Martin
ANNA M. MARTIN
Attorneys for Defendant
UNUM GROUP

**|xxxxxxxxxxx ORDER**

Good cause appearing, and in order to facilitate the parties' efforts to settle this dispute, the briefing and hearing schedule for Defendants' Motion for Summary Judgment is as follows:

1. Plaintiff's opposition brief is due on or before October 12, 2011.
2. Defendant's reply brief is due on or before October 21, 2011.
3. The hearing on the motion is set for November **4**, 2011.

SO ORDERED.

DATE: 8/9/11

Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE