1    **RIMAC MARTIN, P.C.**
     ANNA M. MARTIN - CSBN 154279
2    KEVIN G. GILL - CSBN 226819
     *amartin@rimacmartin.com*
3    1051 Divisadero Street
     San Francisco, California 94115
4    Telephone (415) 561-8440
     Facsimile (415) 561-8430
5
     Attorneys for Defendant
6    UNUM GROUP

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN JOSE DIVISION**

11

12   YUN-WEN LU,                          )  **NO. 5:09-CV-03080 RMW (PSG)**
                                          )
13              Plaintiff,                )       **ORDER ALLOWING**
                                          )  **UNUM'S AUTHORIZED**
14   vs.                                  )  **REPRESENTATIVE APPEAR**
                                          )  **TELEPHONICALLY AT THE SEPT.**
15   UNUM GROUP,                          )  **28, 2011 SETTLEMENT**
                                          )  **CONFERENCE**
16              Defendant.                )
                                          )  **Hon. Paul S. Grewal**
17   _____)

18        Having considered the correspondence of counsel for defendant Unum Group ("UNUM")

19   requesting an Order permitting UNUM's authorized representative to appear at the September

20   28, 2011 Settlement Conference by telephone, this Court GRANTS UNUM's request and orders

21   as follows:

22        **IT IS HEREBY ORDERED** that UNUM's authorized representative may appear

23   telephonically at the September 28, 2011 Settlement Conference.

24        **SO ORDERED.**

25

26   DATED:  August 22, 2011                    *Paul S. Grewal*

27                                        Magistrate Judge Paul S. Grewal
                                          United States District Court for the
28                                        Northern District of California

---
**-1-**
**Order Permitting Telephonic Appearance**
**Of Unum's Representative at Mediation**              **CASE NO. 5:09-CV-03080 RMW (PSG)**