RIMAC MARTIN, P.C.
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
KEVIN G. GILL – State Bar No. 226819
kgill@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
UNUM GROUP


YUN-WEN LU
345 Summerfield Dr.
Milpitas, CA 95035
Telephone: (408) 262-8611
E-mail: debbielu@usa.net

Plaintiff *in pro per*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YUN-WEN LU, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM GROUP, <br><br> Defendant. | CASE NO. 09-CV-03080 RMW (PSG) <br><br> **STIPULATION TO CONTINUE DEADLINES RE SUMMARY JUDGMENT BRIEFING AND CASE MANAGEMENT CONFERENCE;** <br><br> [PROPOSED] ORDER. |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the deadlines currently set be continued by four weeks, as proposed below.

1

Ms. Lu has requested this continuance to address medical concerns that she is experiencing. Unum has advised that it will not agree to any further extensions in this matter.

| EVENT | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Case Management Conference | December 2, 2011 | January 6, 2012 |
| Plaintiff's Opposition to Unum's Motion for Summary Judgment | November 4, 2011 | December 2, 2011 |
| Defendant's Reply in support of its Motion for Summary Judgment | November 18, 2011 | December 16, 2011 |
| Hearing on Defendant's Motion for Summary Judgment | December 2, 2011 | January 6, 2012 |

**SO STIPULATED.**

DATED: November 3, 2011     By:     /S/ Debbie Lu
                                    DEBBIE LU
                                    Plaintiff *in pro per*


**RIMAC MARTIN, P.C.**

DATED: November 3, 2011     By:     /S/ Anna M. Martin
                                    ANNA M. MARTIN
                                    Attorneys for Defendant
                                    UNUM GROUP

# ORDER

**IT IS HEREBY ORDERED** that the deadlines currently set be continued as follows:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Case Management Conference | December 2, 2011 | January 6, 2012 |
| Plaintiff's Opposition to Unum's Motion for Summary Judgment | November 4, 2011 | December 2, 2011 |
| Defendant's Reply in support of its Motion for Summary Judgment | November 18, 2011 | December 16, 2011 |
| Hearing on Defendant's Motion for Summary Judgment | December 2, 2011 | January 6, 2012 |

FÍ
Dated: November ___, 2011

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Judge

Ö^-^}•^Á&[˘}•^|Á@æ|Á^¦ç^Áæ&[]ˆÁ-Áo@æÁ¦å^¦Á}Áo@Á|æā cã-ÊÁ‹Q‖‖‚āª*Á^¦çæ&^Ê -āª^Áæ&^¦cãāBææ^Á-Á^¦çæ^ÁāÃ@Áo@-ÁÔ|^¦\Á-Áô[˘¦cÈ

---

3

STIPULATION TO CONTINUE DEADLINES RE SUMMARY JUDGMENT BRIEFING
AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE No. 09-CV-03080 RMW (PSG)