1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN – State Bar No. 154279
2  amartin@rimacmartin.com
   KEVIN G. GILL – State Bar No. 226819
3  kgill@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, CA 94115
   Telephone: (415) 561-8440
5  Facsimile: (415) 561-8430

6  Attorneys for Defendant
7  UNUM GROUP

8

   YUN-WEN LU
9  345 Summerfield Dr.
   Milpitas, CA 95035
10 Telephone: (408) 262-8611
   E-mail: debbielu@usa.net
11
12 Plaintiff *in pro per*

13
                    UNITED STATES DISTRICT COURT
14
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16

17 YUN-WEN LU,                    )  CASE NO. 09-CV-03080 RMW (PSG)
                                  )
18         Plaintiff,             )  **STIPULATION TO CONTINUE**
                                  )  **DEADLINES RE SUMMARY**
19   vs.                          )  **JUDGMENT BRIEFING AND CASE**
                                  )  **MANAGEMENT CONFERENCE;**
20 UNUM GROUP,                    )
                                  )  [PROPOSED] ORDER.
21         Defendant.             )
                                  )
22 _____ )

23

24     **IT IS HEREBY STIPULATED** by and between the parties hereto that the deadlines

25 currently set be continued by four weeks, as proposed below.

26

27                                    1

1     Ms. Lu has requested this continuance to address medical concerns that she is experiencing. Unum has advised that it will not agree to any further extensions in this matter.

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Case Management Conference | December 2, 2011 | January 6, 2012 |
| Plaintiff's Opposition to Unum's Motion for Summary Judgment | November 4, 2011 | December 2, 2011 |
| Defendant's Reply in support of its Motion for Summary Judgment | November 18, 2011 | December 16, 2011 |
| Hearing on Defendant's Motion for Summary Judgment | December 2, 2011 | January 6, 2012 |

**SO STIPULATED.**

DATED: November 3, 2011     By:     /S/ Debbie Lu
                                                          DEBBIE LU
                                                          Plaintiff *in pro per*

**RIMAC MARTIN, P.C.**

DATED: November 3, 2011     By:     /S/ Anna M. Martin
                                                           ANNA M. MARTIN
                                                           Attorneys for Defendant
                                                            UNUM GROUP

## ORDER

**IT IS HEREBY ORDERED** that the deadlines currently set be continued as follows:

| EVENT | CURRENT DEADLINES | PROPOSED DEADLINES |
| --- | --- | --- |
| Case Management Conference | December 2, 2011 | January 6, 2012 |
| Plaintiff's Opposition to Unum's Motion for Summary Judgment | November 4, 2011 | December 2, 2011 |
| Defendant's Reply in support of its Motion for Summary Judgment | November 18, 2011 | December 16, 2011 |
| Hearing on Defendant's Motion for Summary Judgment | December 2, 2011 | January 6, 2012 |

Dated: November ___, 2011

_Ronald M. Whyte_
The Hon. Ronald M. Whyte
United States District Judge

3

STIPULATION TO CONTINUE DEADLINES RE SUMMARY JUDGMENT BRIEFING
AND CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER
CASE No. 09-CV-03080 RMW (PSG)