E-FILED on  12/15/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUN-WEN LU, | No. 5:09-CV-03080 RMW |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE |
| UNUM GROUP, | |
| Defendant. | **[Re Docket No. 104]** |

    Plaintiff Yun-Wen Lu requests a continuance of the January 6, 2012 hearing on defendant Unum Life Insurance Company of America's motion for summary judgment until August 1, 2012. This hearing has already been continued a number of times and referred twice to mediation without success. The court therefore declines to grant any further continuance. To the extent that plaintiff's request can be construed to seek additional mediation *before* January 6, 2012, or the adoption of any settlement reached by the parties at a previous mediation, the court has no objection if the parties can reach a mutually acceptable agreement. Otherwise, the hearing on defendant's motion for summary judgment remains set as scheduled for January 6, 2012.

DATED:  12/15/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE—No. 5:09-CV-03080 RMW
EDM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE—No. 5:09-CV-03080 RMW
EDM 2