**E-FILED on** 1/9/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUN-WEN LU, | No. 5:09-CV-03080 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| UNUM GROUP, | |
| Defendant. | |

On January 9, 2012, the court granted defendant's motion for summary judgment. Therefore, it is hereby adjudged that plaintiff takes nothing by way of her complaint and that judgment be entered in favor of all defendants.

DATED:     1/9/2012

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT —No. 5:09-CV-03080 RMW
EDM