**E-FILED on** 4/23/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUN-WEN LU,<br><br>   Plaintiff,<br><br>  v.<br><br>UNUM GROUP,<br><br>   Defendant. | No. 5:09-CV-03080 RMW<br><br>ORDER REQUIRING PLAINTIFF TO COMMUNICATE ONLY WITH THE COURT IN WRITING |

  It has come to the court's attention that plaintiff Yun-Wen Lu has made numerous phone calls and sent several emails regarding this case to court personnel, including the courtroom deputy and judicial assistant. This order is intended to inform Ms. Lu that court personnel are not authorized to give legal advice, nor do they have any influence on the resolution of this case. Therefore, in the event that Ms. Lu wants to communicate further with the court, she is ordered to communicate only in writing and to address all communications to: The Honorable Ronald M. Whyte, United States District Court, 280 S. 1st St., San Jose, CA 95113. Ms. Lu must also mail a copy of any and all written communications to defendant.

  It is so ordered.

DATED:      April 23, 2012

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28