**United States District Court**
For the Northern District of California

E-FILED on   12/3/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YUN-WEN LU,

       Plaintiff,

    v.

UNUM GROUP,

       Defendant.

No. 5:09-CV-03080 RMW

ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE

**[Re Docket No. 122]**

The court received Plaintiff Yun-Wen Lu's letter on November 30, 2012, responding to its order, dkt. no. 120, denying her request to reopen her case. The court interprets the letter as a motion to reopen her case. The motion is denied.

DATED:    12/3/2012

_Ronald M. Whyte_

RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE—No. 5:09-CV-03080 RMW
SW