**E-FILED on** 12/3/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUN-WEN LU, <br><br> Plaintiff, <br><br> v. <br><br> UNUM GROUP, <br><br> Defendant. | No. 5:09-CV-03080 RMW <br><br> ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE <br><br> **[Re Docket No. 122]** |

   The court received Plaintiff Yun-Wen Lu's letter on November 30, 2012, responding to its order, dkt. no. 120, denying her request to reopen her case. The court interprets the letter as a motion to reopen her case. The motion is denied.

DATED:   12/3/2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE—No. 5:09-CV-03080 RMW
SW